UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PARKER McCAY P.A.
Brian E. Caine, Esq.
9000 Midlantic Drive, Suite 300
P.O. Box 5054
Mount Laurel, New Jersey  08054
(856) 985-4059
Attorney for Lakeview Loan Servicing, LLC

Order Filed on August 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Kerri-Lynn Lampson
Karim V. Holden-Lampson

CASE NO.  19-12724-ABA
Chapter:  13
Hearing:  July 23, 2019
Judge: Andrew B. Altenburg, Jr.

## ORDER RESOLVING LAKEVIEW LOAN SERVICING, LLC'S MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: August 13, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtors:  Kerri-Lynn Lampson and Karim V. Holden-Lampson
Case No:  19-12724-ABA
Caption of Order:  Order Resolving Lakeview Loan Servicing, LLC's Motion for Relief from Stay

Upon consideration of Lakeview Loan Servicing, LLC, (hereinafter "Movant") application for an order, pursuant to section 362(d) of the Bankruptcy Code, for relief from the automatic stay (filed at docket number 29) as to certain real property as hereinafter set forth, and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for cause shown, it is hereby;

**ORDERED** as follows:

1. As of June 12, 2019, the post-petition arrears was $5,968.96.

    4 months @ $1,492.24 (3/19-6/19)

    Said arrearages shall be cured by Debtors as follows:

    A. The debtors shall make a payment to Movant in the amount of $6,000.00 by July 25, 2019.

    B. The debtors shall add the regular monthly payment due July 1, 2019 in the amount of $1,492.24 to the Chapter 13 Plan, as an administrative claim.

2. Commencing with the August 1, 2019 regular monthly post-petition mortgage payment and continuing each month thereafter for the duration of this Chapter 13 proceeding, Debtors shall remit payments directly to Movant as same come due.

3. The debtors shall stay current with plan payments to the Chapter 13 Trustee.

4. Debtors shall reimburse Movant through their Chapter 13 Plan of Reorganization, as an administrative claim, the sum of $831.00 for attorney's fees and costs incurred by Movant in the prosecution of its application for relief from stay.

**(Page 3)**

Debtors:  Kerri-Lynn Lampson and Karim V. Holden-Lampson
Case No:  19-12724-ABA

Caption of Order:  Order Resolving Lakeview Loan Servicing, LLC's Motion for Relief from Stay

5. **Thirty-Day Default Clause:**  If the Debtors should default and fail to make the payments stated herein or any future payments that come due during the pendency of this case to Movant and/or to the Chapter 13 Trustee for more than (30) days from the due date or to the Chapter 13 Trustee, then upon certification of non-receipt of said payments in accordance herewith submitted by secured creditor's counsel, the Court shall enter a General Relief Order, vacating the automatic stay of 11 *U.S.C.* §362(a) with respect to the realty commonly known as 8 Catherine Court, Sicklerville, New Jersey 08081.  The Order submitted to the Court will not require the consent of the Debtors or the Debtors' counsel regarding form or substance, however, the Trustee, Debtors and their counsel shall be given notice of any filing of a certification of non-receipt in accordance with the Local Rules of Bankruptcy Procedure.