Form 132 – 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                    Case No.: 19–12724–ABA
                    Chapter: 13
                    Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kerri–Lynn Lampson                               Karim V. Holden–Lampson
   8 Catherine Ct                                         8 Catherine Ct
   Sicklerville, NJ 08081–3806                 Sicklerville, NJ 08081–3806

Social Security No.:
   xxx–xx–0351                                        xxx–xx–4039

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:                10/23/19
Time:             09:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 18, 2019
JAN: bc

                                                               Jeanne Naughton
                                                               Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Kerri-Lynn Lampson  
Karim V. Holden-Lampson  
    Debtors

Case No. 19-12724-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 2        Date Rcvd: Sep 18, 2019  
                          Form ID: 132        Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2019.

```
db              Kerri-Lynn Lampson,    8 Catherine Ct,    Sicklerville, NJ  08081-3806
jdb             #Karim V. Holden-Lampson,    8 Catherine Ct,    Sicklerville, NJ  08081-3806
518019236       Altantic Credit & Finance,    PO Box 2001,    Warren, MI  48090-2001
518144037       +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL  33487-2853
518019239       Chase Card,    PO Box 15298,    Wilmington, DE  19850-5298
518195733       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
518019241       +Hayt, Hayt & Landauo, LLC,    2 Industrial Way W,    Eatontown, NJ  07724-2279
518019242       Home Depot/Citibank - Attn: Bankruptcy,    PO Box 6497,    Sioux Falls, SD  57117-6497
518019244       John D. Krohn, Esquire,    9000 Midlantic Dr Ste 300,    Mount Laurel, NJ  08054-1539
518019245       Lakeview Loan Servicing, LLC,    4425 Ponce de Leon Blvd,    Coral Gables, FL  33146-1837
518190704       +Lakeview Loan Servicing, LLC,    c/o Attn: Payment Processing,    P.O. Box 1288,
                 Buffalo, NY  14240-1288
518019248       Macy's Bankruptcy Processing,    PO Box 8053,    Mason, OH  45040-8053
518019249       Midland Funding, LLC,    PO Box 2001,    Warren, MI  48090-2001
518019251       Peoples Transport Federal Credit Union,    136 W Kings Hwy,    Mount Ephraim, NJ  08059-1343
518019252       Pressler, Felt & Warshaw, LLP,    7 Entin Rd,    Parsippany, NJ  07054-5020
518019253       Radius Global Solutions LLC,    PO Box 390846,    Minneapolis, MN  55439-0846
518344803       +Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ  08108-2812
518019255       Sears Credit Cards,    PO Box 6282,    Sioux Falls, SD  57117-6282
518019256       Super Court of New Jersey Atlantic Count,    1201 Bacharach Blvd,
                 Atlantic City, NJ  08401-4510
518019258       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA  52408-8026
                (address filed with court:  Toyota Financial Services,    PO Box 8026,
                 Cedar Rapids, IA  52408-8026)
518048776       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas  75001-9013
518019259       USAA Federal Savings Bank,    10750 McDermott Fwy,    San Antonio, TX  78288-0002
518125032       Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA  50306-0438
518019260       Wells Fargo Bank, N.A.,    PO Box 10335,    Des Moines, IA  50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 18 2019 23:47:46     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 18 2019 23:47:45     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ  07102-5235
518196467       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 18 2019 23:45:39
                 Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC  29603-0587
518167258       +E-mail/Text: bnc@atlasacq.com Sep 18 2019 23:47:23     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ  07601-4303
518019237       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 18 2019 23:45:35     Capital One,
                 Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT  84130-0285
518019238       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 18 2019 23:45:50
                 Capital One Bank (USA) N.A.,    4851 Cox Rd,    Glen Allen, VA  23060-6293
518067299       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 18 2019 23:45:55
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK  73118-7901
518019240       E-mail/PDF: creditonebknotifications@resurgent.com Sep 18 2019 23:45:25     Credit One Bank,
                 585 Pilot Rd,    Las Vegas, NV  89119-3619
518019243       E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Sep 18 2019 23:48:11
                 JH Portfolio Debt Equities,    5757 Phantom Dr Ste 225,    Hazelwood, MO  63042-2429
518196142       E-mail/Text: camanagement@mtb.com Sep 18 2019 23:47:34     M & T Bank,    P.O. Box 840,
                 Buffalo  NY  14240
518019246       E-mail/Text: camanagement@mtb.com Sep 18 2019 23:47:34     M&T Bank,    1 Fountain Plz,
                 Buffalo, NY  14203-1420
518019247       E-mail/Text: camanagement@mtb.com Sep 18 2019 23:47:34     M&T Bank,    PO Box 1288,
                 Buffalo, NY  14240-1288
518141962       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 18 2019 23:47:45     Midland Funding LLC,
                 PO Box 2011,    Warren, MI  48090-2011
518019250       E-mail/Text: bankruptcydpt@mcmcg.com Sep 18 2019 23:47:45     Midland Funding, LLC,
                 2365 Northside Dr Ste 300,    San Diego, CA  92108-2709
518019254       +E-mail/Text: bkrpt@retrievalmasters.com Sep 18 2019 23:47:44
                 Retrieval Masters Creditors Bureau, Inc.,    4 Westchester Plz Ste 110,
                 Elmsford, NY  10523-1616
518019257       E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2019 23:45:48
                 Synchrony Bank - Attn: Bankruptcy Dept.,    PO Box 965060,    Orlando, FL  32896-5060
                                                                                                TOTAL: 16
```

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                            TOTAL: 0

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Sep 18, 2019
                              Form ID: 132             Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2019 at the address(es) listed below:

```
          Anthony    Arechavala     on behalf of Joint Debtor Karim V. Holden-Lampson legaloptions@comcast.net,
           legaloptions@comcast.net
          Anthony    Arechavala     on behalf of Debtor Kerri-Lynn   Lampson legaloptions@comcast.net,
           legaloptions@comcast.net
          Brian E Caine    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bcaine@parkermccay.com,
           BKcourtnotices@parkermccay.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 8
```