Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19–12724–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kerri–Lynn Lampson
8 Catherine Ct
Sicklerville, NJ 08081–3806

Karim V. Holden–Lampson
8 Catherine Ct
Sicklerville, NJ 08081–3806

Social Security No.:
 xxx–xx–0351

 xxx–xx–4039

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on February 6, 2020.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 6, 2020
JAN: kvr

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                  Case No. 19-12724-ABA
Kerri-Lynn Lampson                                                      Chapter 13
Karim V. Holden-Lampson
        Debtors                        CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                 Page 1 of 2                  Date Rcvd: Feb 06, 2020
                              Form ID: 148                Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2020.
db              Kerri-Lynn Lampson,    8 Catherine Ct,   Sicklerville, NJ 08081-3806
jdb            #Karim V. Holden-Lampson,    8 Catherine Ct,   Sicklerville, NJ 08081-3806
518019236       Altantic Credit & Finance,    PO Box 2001,   Warren, MI 48090-2001
518144037      +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853
518019241      +Hayt, Hayt & Landauo, LLC,    2 Industrial Way W,   Eatontown, NJ 07724-2279
518019242       Home Depot/Citibank - Attn: Bankruptcy,    PO Box 6497,   Sioux Falls, SD 57117-6497
518019244       John D. Krohn, Esquire,    9000 Midlantic Dr Ste 300,   Mount Laurel, NJ 08054-1539
518019245       Lakeview Loan Servicing, LLC,    4425 Ponce de Leon Blvd,   Coral Gables, FL 33146-1837
518190704      +Lakeview Loan Servicing, LLC,    c/o Attn: Payment Processing,   P.O. Box 1288,
                 Buffalo, NY 14240-1288
518019249       Midland Funding, LLC,    PO Box 2001,   Warren, MI 48090-2001
518019251       Peoples Transport Federal Credit Union,    136 W Kings Hwy,   Mount Ephraim, NJ 08059-1343
518019252       Pressler, Felt & Warshaw, LLP,    7 Entin Rd,   Parsippany, NJ 07054-5020
518019253       Radius Global Solutions LLC,    PO Box 390846,   Minneapolis, MN 55439-0846
518344803      +Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,   216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
518019256       Super Court of New Jersey Atlantic Count,    1201 Bacharach Blvd,
                 Atlantic City, NJ 08401-4510
518048776      +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 07 2020 01:10:31      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 07 2020 01:10:26      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518196467       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 07 2020 01:12:41
                 Ashley Funding Services, LLC,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
518167258      +EDI: ATLASACQU.COM Feb 07 2020 05:18:00      Atlas Acquisitions LLC,   294 Union St.,
                 Hackensack, NJ 07601-4303
518019237       EDI: CAPITALONE.COM Feb 07 2020 05:19:00      Capital One,   Attn: Bankruptcy,   PO Box 30285,
                 Salt Lake City, UT 84130-0285
518019238       EDI: CAPITALONE.COM Feb 07 2020 05:19:00      Capital One Bank (USA) N.A.,   4851 Cox Rd,
                 Glen Allen, VA 23060-6293
518067299      +EDI: AIS.COM Feb 07 2020 05:18:00      Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518019239       EDI: CHASE.COM Feb 07 2020 05:18:00      Chase Card,   PO Box 15298,
                 Wilmington, DE 19850-5298
518019240       E-mail/PDF: creditonebknotifications@resurgent.com Feb 07 2020 01:14:41      Credit One Bank,
                 585 Pilot Rd,   Las Vegas, NV 89119-3619
518195733       EDI: Q3G.COM Feb 07 2020 05:18:00      Department Stores National Bank,   c/o Quantum3 Group LLC,
                 PO Box 657,   Kirkland, WA 98083-0657
518019243       E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Feb 07 2020 01:11:43
                 JH Portfolio Debt Equities,   5757 Phantom Dr Ste 225,   Hazelwood, MO 63042-2429
518196142       E-mail/Text: camanagement@mtb.com Feb 07 2020 01:09:59      M & T Bank,   P.O. Box 840,
                 Buffalo NY 14240
518019246       E-mail/Text: camanagement@mtb.com Feb 07 2020 01:09:59      M&T Bank,   1 Fountain Plz,
                 Buffalo, NY 14203-1420
518019247       E-mail/Text: camanagement@mtb.com Feb 07 2020 01:09:59      M&T Bank,   PO Box 1288,
                 Buffalo, NY 14240-1288
518019248       EDI: TSYS2.COM Feb 07 2020 05:18:00      Macy's Bankruptcy Processing,   PO Box 8053,
                 Mason, OH 45040-8053
518141962      +EDI: MID8.COM Feb 07 2020 05:18:00      Midland Funding LLC,   PO Box 2011,
                 Warren, MI 48090-2011
518019250       EDI: MID8.COM Feb 07 2020 05:18:00      Midland Funding, LLC,   2365 Northside Dr Ste 300,
                 San Diego, CA 92108-2709
518019254      +EDI: RMCB.COM Feb 07 2020 05:18:00      Retrieval Masters Creditors Bureau, Inc.,
                 4 Westchester Plz Ste 110,   Elmsford, NY 10523-1616
518019255       EDI: SEARS.COM Feb 07 2020 05:18:00      Sears Credit Cards,   PO Box 6282,
                 Sioux Falls, SD 57117-6282
518019257       EDI: RMSC.COM Feb 07 2020 05:19:00      Synchrony Bank - Attn: Bankruptcy Dept.,   PO Box 965060,
                 Orlando, FL 32896-5060
518019258       EDI: TFSR.COM Feb 07 2020 05:18:00      Toyota Financial Services,   PO Box 8026,
                 Cedar Rapids, IA 52408-8026
518019259       EDI: USAA.COM Feb 07 2020 05:18:00      USAA Federal Savings Bank,   10750 McDermott Fwy,
                 San Antonio, TX 78288-0002
518019260       EDI: WFFC.COM Feb 07 2020 05:18:00      Wells Fargo Bank, N.A.,   PO Box 10335,
                 Des Moines, IA 50306-0335
518125032       EDI: WFFC.COM Feb 07 2020 05:18:00      Wells Fargo Bank, N.A.,   PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
                                                                                              TOTAL: 24
```

```
District/off: 0312-1              User: admin                Page 2 of 2                  Date Rcvd: Feb 06, 2020
                                  Form ID: 148               Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2020 at the address(es) listed below:
              Anthony   Arechavala    on behalf of Joint Debtor Karim V. Holden-Lampson legaloptions@comcast.net,
               legaloptions@comcast.net
              Anthony   Arechavala    on behalf of Debtor Kerri-Lynn   Lampson legaloptions@comcast.net,
               legaloptions@comcast.net
              Brian E Caine    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Phillip Andrew Raymond    on behalf of Creditor    LakeView Loan Servicing, LLC
               phillip.raymond@mccalla.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9