Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–12724–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Kerri–Lynn Lampson | Karim V. Holden–Lampson |
| 8 Catherine Ct | 8 Catherine Ct |
| Sicklerville, NJ 08081–3806 | Sicklerville, NJ 08081–3806 |

Social Security No.:
  xxx–xx–0351                                             xxx–xx–4039

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            4/22/20
Time:            09:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

       An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

       **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: March 11, 2020
JAN: bc

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

```
                           United States Bankruptcy Court
                                District of New Jersey

In re:                                                          Case No. 19-12724-ABA
Kerri-Lynn Lampson                                              Chapter 13
Karim V. Holden-Lampson
         Debtors                   CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                 Page 1 of 2              Date Rcvd: Mar 11, 2020
                              Form ID: 132                Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2020.
db              Kerri-Lynn Lampson,    8 Catherine Ct,    Sicklerville, NJ 08081-3806
jdb             #Karim V. Holden-Lampson,    8 Catherine Ct,    Sicklerville, NJ 08081-3806
518019236       Altantic Credit & Finance,    PO Box 2001,    Warren, MI 48090-2001
518144037      +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
518019241      +Hayt, Hayt & Landauo, LLC,    2 Industrial Way W,    Eatontown, NJ 07724-2279
518019242       Home Depot/Citibank - Attn: Bankruptcy,    PO Box 6497,    Sioux Falls, SD 57117-6497
518019244       John D. Krohn, Esquire,    9000 Midlantic Dr Ste 300,    Mount Laurel, NJ 08054-1539
518019245      +Lakeview Loan Servicing, LLC,    4425 Ponce de Leon Blvd,    Coral Gables, FL 33146-1873
518190704      +Lakeview Loan Servicing, LLC,    c/o Attn: Payment Processing,    P.O. Box 1288,
                 Buffalo, NY 14240-1288
518019248       Macy's Bankruptcy Processing,    PO Box 8053,    Mason, OH 45040-8053
518019249       Midland Funding, LLC,    PO Box 2001,    Warren, MI 48090-2001
518019251       Peoples Transport Federal Credit Union,    136 W Kings Hwy,    Mount Ephraim, NJ 08059-1343
518019252       Pressler, Felt & Warshaw, LLP,    7 Entin Rd,    Parsippany, NJ 07054-5020
518019253       Radius Global Solutions LLC,    PO Box 390846,    Minneapolis, MN 55439-0846
518344803      +Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
518019255       Sears Credit Cards,    PO Box 6282,    Sioux Falls, SD 57117-6282
518019256       Super Court of New Jersey Atlantic Count,    1201 Bacharach Blvd,
                 Atlantic City, NJ 08401-4510
518019258      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,     PO Box 8026,
                 Cedar Rapids, IA 52408-8026)
518048776      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
518019259       USAA Federal Savings Bank,    10750 McDermott Fwy,    San Antonio, TX 78288-0002
518125032       Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
518019260       Wells Fargo Bank, N.A.,    PO Box 10335,    Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 12 2020 00:03:04    U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 12 2020 00:03:01    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518196467       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 12 2020 00:12:46
                 Ashley Funding Services, LLC,    Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
518167258      +E-mail/Text: bnc@atlasacq.com Mar 12 2020 00:02:18    Atlas Acquisitions LLC,   294 Union St.,
                 Hackensack, NJ 07601-4303
518019237       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 12 2020 00:13:09    Capital One,
                 Attn: Bankruptcy,    PO Box 30285,   Salt Lake City, UT 84130-0285
518019238       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 12 2020 00:13:09
                 Capital One Bank (USA) N.A.,    4851 Cox Rd,   Glen Allen, VA 23060-6293
518067299      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 12 2020 00:12:47
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518019240       E-mail/PDF: creditonebknotifications@resurgent.com Mar 12 2020 00:13:17    Credit One Bank,
                 585 Pilot Rd,   Las Vegas, NV 89119-3619
518195733       E-mail/Text: bnc-quantum@quantum3group.com Mar 12 2020 00:02:56
                 Department Stores National Bank,    c/o Quantum3 Group LLC,   PO Box 657,
                 Kirkland, WA 98083-0657
518019243       E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Mar 12 2020 00:03:51
                 JH Portfolio Debt Equities,    5757 Phantom Dr Ste 225,   Hazelwood, MO 63042-2429
518019239       E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 12 2020 00:13:07    Chase Card,
                 PO Box 15298,   Wilmington, DE 19850-5298
518196142       E-mail/Text: camanagement@mtb.com Mar 12 2020 00:02:44    M & T Bank,   P.O. Box 840,
                 Buffalo NY 14240
518019246       E-mail/Text: camanagement@mtb.com Mar 12 2020 00:02:44    M&T Bank,   1 Fountain Plz,
                 Buffalo, NY 14203-1420
518019247       E-mail/Text: camanagement@mtb.com Mar 12 2020 00:02:44    M&T Bank,   PO Box 1288,
                 Buffalo, NY 14240-1288
518141962      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 12 2020 00:03:00    Midland Funding LLC,
                 PO Box 2011,   Warren, MI 48090-2011
518019250       E-mail/Text: bankruptcydpt@mcmcg.com Mar 12 2020 00:03:00    Midland Funding, LLC,
                 2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
518019254       E-mail/Text: bkrpt@retrievalmasters.com Mar 12 2020 00:03:00
                 Retrieval Masters Creditors Bureau, Inc.,    4 Westchester Plz Ste 110,
                 Elmsford, NY 10523-1615
518019257       E-mail/PDF: gecsedi@recoverycorp.com Mar 12 2020 00:12:23
                 Synchrony Bank - Attn: Bankruptcy Dept.,    PO Box 965060,   Orlando, FL 32896-5060
                                                                                              TOTAL: 18
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Mar 11, 2020
                              Form ID: 132             Total Noticed: 40
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2020 at the address(es) listed below:
              Anthony  Arechavala    on behalf of Joint Debtor Karim V. Holden-Lampson legaloptions@comcast.net,
               legaloptions@comcast.net
              Anthony  Arechavala    on behalf of Debtor Kerri-Lynn  Lampson legaloptions@comcast.net,
               legaloptions@comcast.net
              Brian E Caine    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Phillip Andrew Raymond    on behalf of Creditor   LakeView Loan Servicing, LLC
               phillip.raymond@mccalla.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 9
```