Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19–12724–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kerri–Lynn Lampson                                  Karim V. Holden–Lampson
8 Catherine Ct                                      207 Patriots Court
Sicklerville, NJ 08081–3806                         Galloway, NJ 08205

Social Security No.:
    xxx–xx–0351                                      xxx–xx–4039

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 23, 2020.

On May 14, 2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                 June 24, 2020
Time:                 09:00 AM
Location:             Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street,
Camden, NJ 08101–2067

Accordingly, notice is hereby given that,

1.   Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
     a written rejection to the modified plan.

2.   Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
     of a secure claim, such holders acceptance or rejection of the Plan before modification will
     be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
     holders acceptance or rejection of the Plan within the time fixed.

3.   **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
     the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 15, 2020
JAN: eag

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-12724-ABA
Kerri-Lynn Lampson                                              Chapter 13
Karim V. Holden-Lampson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2          Date Rcvd: May 15, 2020
                             Form ID: 185          Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2020.
db             Kerri-Lynn Lampson,   8 Catherine Ct,   Sicklerville, NJ  08081-3806
jdb           +Karim V. Holden-Lampson,   207 Patriots Court,   Galloway, NJ 08205-3621
518019236      Altantic Credit & Finance,   PO Box 2001,   Warren, MI  48090-2001
518144037     +Chase Bank USA, N.A.,   c/o Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853
518019241     +Hayt, Hayt & Landauo, LLC,   2 Industrial Way W,   Eatontown, NJ 07724-2279
518019242      Home Depot/Citibank - Attn: Bankruptcy,   PO Box 6497,   Sioux Falls, SD  57117-6497
518019244      John D. Krohn, Esquire,   9000 Midlantic Dr Ste 300,   Mount Laurel, NJ  08054-1539
518190704     +Lakeview Loan Servicing, LLC,   c/o Attn: Payment Processing,   P.O. Box 1288,
               Buffalo, NY 14240-1288
518019245     +Lakeview Loan Servicing, LLC,   4425 Ponce de Leon Blvd,   Coral Gables, FL 33146-1873
518019248      Macy's Bankruptcy Processing,   PO Box 8053,   Mason, OH  45040-8053
518019249      Midland Funding, LLC,   PO Box 2001,   Warren, MI  48090-2001
518019251      Peoples Transport Federal Credit Union,   136 W Kings Hwy,   Mount Ephraim, NJ  08059-1343
518019252      Pressler, Felt & Warshaw, LLP,   7 Entin Rd,   Parsippany, NJ  07054-5020
518019253      Radius Global Solutions LLC,   PO Box 390846,   Minneapolis, MN  55439-0846
518344803     +Rebecca A. Solarz, Esquire,   KML Law Group, P.C.,   216 Haddon Avenue, Ste. 406,
               Westmont, NJ 08108-2812
518019255      Sears Credit Cards,   PO Box 6282,   Sioux Falls, SD  57117-6282
518019256      Super Court of New Jersey Atlantic Count,   1201 Bacharach Blvd,
               Atlantic City, NJ  08401-4510
518019258    ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Financial Services,   PO Box 8026,
               Cedar Rapids, IA  52408-8026)
518048776     +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
518019259      USAA Federal Savings Bank,   10750 McDermott Fwy,   San Antonio, TX  78288-0002
518125032      Wells Fargo Bank, N.A.,   PO Box 10438, MAC F8235-02F,   Des Moines, IA  50306-0438
518019260      Wells Fargo Bank, N.A.,   PO Box 10335,   Des Moines, IA  50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 15 2020 22:52:00     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 15 2020 22:51:58     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
518196467      E-mail/PDF: resurgentbknotifications@resurgent.com May 15 2020 22:57:44
               Ashley Funding Services, LLC,   Resurgent Capital Services,   PO Box 10587,
               Greenville, SC 29603-0587
518167258     +E-mail/Text: bnc@atlasacq.com May 15 2020 22:51:13     Atlas Acquisitions LLC,   294 Union St.,
               Hackensack, NJ 07601-4303
518019237      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 15 2020 22:58:52     Capital One,
               Attn: Bankruptcy,   PO Box 30285,   Salt Lake City, UT  84130-0285
518019238      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 15 2020 22:57:29
               Capital One Bank (USA) N.A.,   4851 Cox Rd,   Glen Allen, VA  23060-6293
518067299     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 15 2020 23:09:35
               Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518019240      E-mail/PDF: creditonebknotifications@resurgent.com May 15 2020 22:58:14     Credit One Bank,
               585 Pilot Rd,   Las Vegas, NV  89119-3619
518195733      E-mail/Text: bnc-quantum@quantum3group.com May 15 2020 22:51:49
               Department Stores National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
               Kirkland, WA  98083-0657
518019243      E-mail/Text: bknotificationdistribution@jhcapitalgroup.com May 15 2020 22:52:41
               JH Portfolio Debt Equities,   5757 Phantom Dr Ste 225,   Hazelwood, MO  63042-2429
518019239      E-mail/PDF: ais.chase.ebn@americaninfosource.com May 15 2020 22:58:49     Chase Card,
               PO Box 15298,   Wilmington, DE  19850-5298
518196142      E-mail/Text: camanagement@mtb.com May 15 2020 22:51:36     M & T Bank,   P.O. Box 840,
               Buffalo  NY 14240
518019246      E-mail/Text: camanagement@mtb.com May 15 2020 22:51:36     M&T Bank,   1 Fountain Plz,
               Buffalo, NY  14203-1420
518019247      E-mail/Text: camanagement@mtb.com May 15 2020 22:51:36     M&T Bank,   PO Box 1288,
               Buffalo, NY  14240-1288
518141962     +E-mail/Text: bankruptcydpt@mcmcg.com May 15 2020 22:51:58     Midland Funding LLC,
               PO Box 2011,   Warren, MI 48090-2011
518019250      E-mail/Text: bankruptcydpt@mcmcg.com May 15 2020 22:51:58     Midland Funding, LLC,
               2365 Northside Dr Ste 300,   San Diego, CA  92108-2709
518019254      E-mail/Text: bkrpt@retrievalmasters.com May 15 2020 22:51:58
               Retrieval Masters Creditors Bureau, Inc.,   4 Westchester Plz Ste 110,
               Elmsford, NY  10523-1615
518019257      E-mail/PDF: gecsedi@recoverycorp.com May 15 2020 22:57:18
               Synchrony Bank - Attn: Bankruptcy Dept.,   PO Box 965060,   Orlando, FL  32896-5060
                                                                                      TOTAL: 18

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: May 15, 2020
                             Form ID: 185              Total Noticed: 40
```

```
          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2020                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2020 at the address(es) listed below:
```
          Anthony  Arechavala    on behalf of Joint Debtor Karim V. Holden-Lampson legaloptions@comcast.net,
           legaloptions@comcast.net
          Anthony  Arechavala    on behalf of Debtor Kerri-Lynn  Lampson legaloptions@comcast.net,
           legaloptions@comcast.net
          Brian E Caine    on behalf of Creditor   LAKEVIEW LOAN SERVICING, LLC bcaine@parkermccay.com,
           BKcourtnotices@parkermccay.com
          Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Phillip Andrew Raymond    on behalf of Creditor   LakeView Loan Servicing, LLC
           phillip.raymond@mccalla.com,  mccallaecf@ecf.courtdrive.com
          Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                TOTAL: 9
```