**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

**0** Valuation of Security   **0** Assumption of Executory Contract or Unexpired Lease   **0** Lien Avoidance

Last Revised September 1, 2018

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

IN RE:                                                                                          Case No. 19-12724
                                                                                                Judge: ABA

Lampson, Kerri-Lynn & Holden-Lampson, Karim V
                            Debtor(s)

### CHAPTER 13 PLAN AND MOTIONS

[ ] Original                    [ ] Modified/Notice Required           Date: **May 14, 2020**

[ ] Motions Included            [X] Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

[ ] DOES [X] DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

[ ] DOES [X] DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

[ ] DOES [X] DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: **AA**           Initial Debtor: **KL**           Initial Co-Debtor: **KVH**

### Part 1: Payment and Length of Plan

a. The debtor shall pay **$862.92** per <u>month</u> to the Chapter 13 Trustee, starting on <u>November 1, 2019</u> for approximately <u>52</u> months.

b. The debtor shall make plan payments to the Trustee from the following sources:
 [X] Future Earnings
 [ ] Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
 [ ] Sale of real property
  Description:
  Proposed date for completion: _____

 [ ] Refinance of real property
  Description:
  Proposed date for completion: _____

 [ ] Loan modification with respect to mortgage encumbering property
  Description:
  Proposed date for completion: _____

d. [ ] The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. [ ] Other information that may be important relating to the payment and length of plan:

### Part 2: Adequate Protection [X] NONE

a. Adequate protection payments will be made in the amount of $ **None** to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to _____ (creditor).

### Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Law Offices Of Anthony Arechavala, Esqui | Administrative Expense | 1,750.00 |
| KML Law Group,, P.C. | Attorney's Fees(Toyota Motor Credit Corp) | 531.00 |
| Parker McCay P.A. | Administrative Fees(Mortgage Co., Lakeview Loan Servicing, LLC) | 831.00 |
| Parker McCay P.A. | Post-Petition arrears(Mortgage Co., Lakeview Loan Servicing) | 1,492.24 |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
[X] None
[ ] The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a

2

governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| None | | | |

## Part 4: Secured Claims

**a. Curing Default and Maintaining Payments on Principal Residence: [ ]NONE**
The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Lakeview Loan Servicing, LLC | 8 Catherine Ct, Sicklerville, NJ 08081-3806 | 24,937.15 | 0.00% | 24,937.15 | 1,596.00 |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: [ ] NONE**
The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Toyota Financial Services | 2013 Acura ILX | 1,101.35 | 0.00% | 1,101.35 | 525.00 |
| Wells Fargo Bank, N.A. | 8 Catherine Ct, Sicklerville, NJ 08081-3806 | 11,263.10 | 0.00% | 11,263.10 | 0.00 |

**c. Secured claims excluded from 11 U.S.C. 506: [X] NONE**
The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| None | | | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments [X] NONE**
1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| None | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender [X] NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| None | | | |

**f. Secured Claims Unaffected by the Plan [X] NONE**

The following secured claims are unaffected by the Plan:
None

**g. Secured Claims to Be Paid in Full Through the Plan [X] NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| None | | |

## Part 5: Unsecured Claims [ ] NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

___ Not less than $ _____ to be distributed *pro rata*
___ Not less than _____ percent
_X_ *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured Claims** shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| None | | | |

## Part 6: Executory Contracts and Unexpired Leases [X] NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be | Nature of Contract or | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|

4

| Creditor | | Cured in Plan | Lease | | | |
|---|---|---|---|---|---|---|
| None | | | | | | |

## Part 7: Motions [ ] NONE

NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation must be filed with the Clerk of Court when the plan and transmittal notice are served.

a. Motion to Avoid Liens under 11 U.S.C. Section 522(f). [ ] NONE
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| None | | | | | | | |

b. Motion to Void Liens and Reclassify Claim from Secured to Completely Unsecured. [X] NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| None | | | | | | |

c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured. [X] NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| None | | | | | |

## Part 8: Other Plan Provisions

a. Vesting of Property of the Estate

    X_ Upon Confirmation
    ___ Upon Discharge

b. Payment Notices

Creditors and Lessors provided for in Sections 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

5

### c. Order of Distribution

The Standing Trustee shall pay allowed claims in the following order:

1) **Trustee Commissions**
2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**
6) **General Unsecured Claims**

**d. Post-petition claims** The Standing Trustee **[ ]** is, **[X]** is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification [X] NONE

If this plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: __5/14/2020__

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified. |
|---|---|
| To reduce the trustee's monthly payment of $1,100.00 due to changed circumstances between Debtor and Joint Debtor. Debtor and Joint are now living separate and apart with separate expenses. | By reducing the plan from $1,100.00 to $862.92. |

Are Schedules I and J being filed simultaneously with this Modified Plan? **[ ]** Yes **[X]** No

## Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

**[X]** NONE
**[ ]** Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, Chapter 13 Plan and Motions, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date:

6

|  |  |
|---|---|
| 5/14/2020 | _[signature]_ |
|  | Debtor |
| Date: 5/14/2020 | _[signature]_ |
|  | Joint Debtor |
| Date: 5/14/2020 | _[signature]_ |
|  | Attorney for the Debtor(s) |

7

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                              Case No. 19-12724-ABA
Kerri-Lynn Lampson                                                  Chapter 13
Karim V. Holden-Lampson
         Debtors                       CERTIFICATE OF NOTICE
District/off: 0312-1             User: admin                 Page 1 of 2               Date Rcvd: May 15, 2020
                                 Form ID: pdf901             Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2020.
db             Kerri-Lynn Lampson,    8 Catherine Ct,     Sicklerville, NJ 08081-3806
jdb           +Karim V. Holden-Lampson,     207 Patriots Court,    Galloway, NJ 08205-3621
518019236      Altantic Credit & Finance,     PO Box 2001,    Warren, MI 48090-2001
518144037     +Chase Bank USA, N.A.,     c/o Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Avenue, Suite 100,     Boca Raton, FL 33487-2853
518019241     +Hayt, Hayt & Landauo, LLC,     2 Industrial Way W,    Eatontown, NJ 07724-2279
518019242      Home Depot/Citibank - Attn: Bankruptcy,      PO Box 6497,    Sioux Falls, SD 57117-6497
518019244      John D. Krohn, Esquire,     9000 Midlantic Dr Ste 300,     Mount Laurel, NJ 08054-1539
518190704     +Lakeview Loan Servicing, LLC,     c/o Attn: Payment Processing,     P.O. Box 1288,
                Buffalo, NY 14240-1288
518019245     +Lakeview Loan Servicing, LLC,     4425 Ponce de Leon Blvd,     Coral Gables, FL 33146-1873
518019248      Macy's Bankruptcy Processing,     PO Box 8053,    Mason, OH 45040-8053
518019249      Midland Funding, LLC,    PO Box 2001,     Warren, MI 48090-2001
518019251      Peoples Transport Federal Credit Union,      136 W Kings Hwy,    Mount Ephraim, NJ 08059-1343
518019252      Pressler, Felt & Warshaw, LLP,     7 Entin Rd,    Parsippany, NJ 07054-5020
518019253      Radius Global Solutions LLC,     PO Box 390846,    Minneapolis, MN 55439-0846
518344803     +Rebecca A. Solarz, Esquire,     KML Law Group, P.C.,     216 Haddon Avenue, Ste. 406,
                Westmont, NJ 08108-2812
518019255      Sears Credit Cards,    PO Box 6282,     Sioux Falls, SD 57117-6282
518019256      Super Court of New Jersey Atlantic Count,      1201 Bacharach Blvd,
                Atlantic City, NJ 08401-4510
518019258     ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,     CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,       PO Box 8026,
                Cedar Rapids, IA 52408-8026)
518048776     +Toyota Motor Credit Corporation,     PO Box 9013,     Addison, Texas 75001-9013
518019259      USAA Federal Savings Bank,     10750 McDermott Fwy,     San Antonio, TX 78288-0002
518125032      Wells Fargo Bank, N.A.,     PO Box 10438, MAC F8235-02F,     Des Moines, IA 50306-0438
518019260      Wells Fargo Bank, N.A.,     PO Box 10335,    Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 15 2020 22:51:59        U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 15 2020 22:51:58       United States Trustee,
                Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518196467      E-mail/PDF: resurgentbknotifications@resurgent.com May 15 2020 22:57:40
                Ashley Funding Services, LLC,     Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
518167258     +E-mail/Text: bnc@atlasacq.com May 15 2020 22:51:13        Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303
518019237      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 15 2020 22:58:51        Capital One,
                Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
518019238      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 15 2020 22:57:30
                Capital One Bank (USA) N.A.,     4851 Cox Rd,    Glen Allen, VA 23060-6293
518067299     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 15 2020 23:09:35
                Capital One Bank (USA), N.A.,     4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518019240      E-mail/PDF: creditonebknotifications@resurgent.com May 15 2020 22:58:16        Credit One Bank,
                585 Pilot Rd,    Las Vegas, NV 89119-3619
518195733      E-mail/Text: bnc-quantum@quantum3group.com May 15 2020 22:51:47
                Department Stores National Bank,     c/o Quantum3 Group LLC,    PO Box 657,
                Kirkland, WA 98083-0657
518019243      E-mail/Text: bknotificationdistribution@jhcapitalgroup.com May 15 2020 22:52:41
                JH Portfolio Debt Equities,     5757 Phantom Dr Ste 225,    Hazelwood, MO 63042-2429
518019239      E-mail/PDF: ais.chase.ebn@americaninfosource.com May 15 2020 22:57:28        Chase Card,
                PO Box 15298,    Wilmington, DE 19850-5298
518196142      E-mail/Text: camanagement@mtb.com May 15 2020 22:51:36       M & T Bank,    P.O. Box 840,
                Buffalo  NY 14240
518019246      E-mail/Text: camanagement@mtb.com May 15 2020 22:51:36       M&T Bank,    1 Fountain Plz,
                Buffalo, NY 14203-1420
518019247      E-mail/Text: camanagement@mtb.com May 15 2020 22:51:36       M&T Bank,    PO Box 1288,
                Buffalo, NY 14240-1288
518141962     +E-mail/Text: bankruptcydpt@mcmcg.com May 15 2020 22:51:58        Midland Funding LLC,
                PO Box 2011,    Warren, MI 48090-2011
518019250      E-mail/Text: bankruptcydpt@mcmcg.com May 15 2020 22:51:58        Midland Funding, LLC,
                2365 Northside Dr Ste 300,     San Diego, CA 92108-2709
518019254      E-mail/Text: bkrpt@retrievalmasters.com May 15 2020 22:51:58
                Retrieval Masters Creditors Bureau, Inc.,      4 Westchester Plz Ste 110,
                Elmsford, NY 10523-1615
518019257      E-mail/PDF: gecsedi@recoverycorp.com May 15 2020 22:58:02
                Synchrony Bank - Attn: Bankruptcy Dept.,     PO Box 965060,    Orlando, FL 32896-5060
                                                                                               TOTAL: 18
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: May 15, 2020
                              Form ID: pdf901          Total Noticed: 40
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2020 at the address(es) listed below:
              Anthony  Arechavala    on behalf of Joint Debtor Karim V. Holden-Lampson legaloptions@comcast.net,
               legaloptions@comcast.net
              Anthony  Arechavala    on behalf of Debtor Kerri-Lynn  Lampson legaloptions@comcast.net,
               legaloptions@comcast.net
              Brian E Caine    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Phillip Andrew Raymond    on behalf of Creditor    LakeView Loan Servicing, LLC
               phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```