Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−12724−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kerri−Lynn Lampson                          Karim V. Holden−Lampson
   8 Catherine Ct                              207 Patriots Court
   Sicklerville, NJ 08081−3806                 Galloway, NJ 08205

Social Security No.:
   xxx−xx−0351                                 xxx−xx−4039

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 27, 2020.

On 4/27/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:            June 9, 2021
Time:            09:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: April 28, 2021
JAN: kaj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-12724-ABA
Kerri-Lynn Lampson  Chapter 13
Karim V. Holden-Lampson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3
Date Rcvd: Apr 28, 2021      Form ID: 185      Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kerri-Lynn Lampson, 8 Catherine Ct, Sicklerville, NJ 08081-3806 |
| jdb | + | Karim V. Holden-Lampson, 207 Patriots Court, Galloway, NJ 08205-3621 |
| 518019236 | | Altantic Credit & Finance, PO Box 2001, Warren, MI 48090-2001 |
| 518144037 | + | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518019241 | + | Hayt, Hayt & Landauo, LLC, 2 Industrial Way W, Eatontown, NJ 07724-2279 |
| 518019242 | | Home Depot/Citibank - Attn: Bankruptcy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 518019244 | | John D. Krohn, Esquire, 9000 Midlantic Dr Ste 300, Mount Laurel, NJ 08054-1539 |
| 518190704 | + | Lakeview Loan Servicing, LLC, c/o Attn: Payment Processing, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 518019245 | + | Lakeview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, Coral Gables, FL 33146-1873 |
| 518019249 | | Midland Funding, LLC, PO Box 2001, Warren, MI 48090-2001 |
| 518019251 | | Peoples Transport Federal Credit Union, 136 W Kings Hwy, Mount Ephraim, NJ 08059-1343 |
| 518019252 | | Pressler, Felt & Warshaw, LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 518019253 | | Radius Global Solutions LLC, PO Box 390846, Minneapolis, MN 55439-0846 |
| 518344803 | #+ | Rebecca A. Solarz, Esquire, KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518019256 | | Super Court of New Jersey Atlantic Count, 1201 Bacharach Blvd, Atlantic City, NJ 08401-4510 |
| 518019258 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 518048776 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518019259 | | USAA Federal Savings Bank, 10750 McDermott Fwy, San Antonio, TX 78288-0002 |
| 518125032 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518019260 | | Wells Fargo Bank, N.A., PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 28 2021 21:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 28 2021 21:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518167258 | | Email/Text: bnc@atlasacq.com | Apr 28 2021 21:04:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Suite 442, Teaneck, NJ 07666 |
| 518196467 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 28 2021 21:22:02 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518019237 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 28 2021 21:23:49 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518019238 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 28 2021 21:22:53 | Capital One Bank (USA) N.A., 4851 Cox Rd, |

Case 19-12724-ABA  Doc 88  Filed 04/30/21  Entered 05/01/21 00:21:50  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 28, 2021 | Form ID: 185 | Total Noticed: 40 |

| | | | | |
|---|---|---|---|---|
| | | | | Glen Allen, VA 23060-6293 |
| 518067299 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Apr 28 2021 21:22:03 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518019240 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 28 2021 21:21:57 | Credit One Bank, 585 Pilot Rd, Las Vegas, NV 89119-3619 |
| 518019248 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2021 21:23:01 | Macy's Bankruptcy Processing, PO Box 8053, Mason, OH 45040-8053 |
| 518195733 | | Email/Text: bnc-quantum@quantum3group.com | Apr 28 2021 21:05:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518019243 | | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Apr 28 2021 21:06:00 | JH Portfolio Debt Equities, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 518019239 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 28 2021 21:21:54 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 518196142 | | Email/Text: camanagement@mtb.com | Apr 28 2021 21:04:00 | M & T Bank, P.O. Box 840, Buffalo NY 14240 |
| 518019246 | | Email/Text: camanagement@mtb.com | Apr 28 2021 21:04:00 | M&T Bank, 1 Fountain Plz, Buffalo, NY 14203-1420 |
| 518019247 | | Email/Text: camanagement@mtb.com | Apr 28 2021 21:04:00 | M&T Bank, PO Box 1288, Buffalo, NY 14240-1288 |
| 518141962 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 28 2021 21:05:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518019250 | | Email/Text: bankruptcydpt@mcmcg.com | Apr 28 2021 21:05:00 | Midland Funding, LLC, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 518019254 | | Email/Text: bkrpt@retrievalmasters.com | Apr 28 2021 21:05:00 | Retrieval Masters Creditors Bureau, Inc., 4 Westchester Plz Ste 110, Elmsford, NY 10523-1615 |
| 518019255 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2021 21:23:57 | Sears Credit Cards, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 518019257 | | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2021 21:21:53 | Synchrony Bank - Attn: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 30, 2021           Signature:      /s/Joseph Speetjens

District/off: 0312-1      User: admin      Page 3 of 3
Date Rcvd: Apr 28, 2021      Form ID: 185      Total Noticed: 40

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Anthony Arechavala | on behalf of Joint Debtor Karim V. Holden-Lampson legaloptions@comcast.net legaloptions@comcast.net |
| Anthony Arechavala | on behalf of Debtor Kerri-Lynn Lampson legaloptions@comcast.net legaloptions@comcast.net |
| Brian E Caine | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Phillip Andrew Raymond | on behalf of Creditor LakeView Loan Servicing LLC phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9