Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19−12724−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

|  |  |
|---|---|
| Kerri−Lynn Lampson | Karim V. Holden−Lampson |
| 8 Catherine Ct | 207 Patriots Court |
| Sicklerville, NJ 08081−3806 | Galloway, NJ 08205 |

Social Security No.:
    xxx−xx−0351                                              xxx−xx−4039

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 26, 2021.

Dated: August 26, 2021
JAN: cmf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 19-12724-ABA

Kerri-Lynn Lampson                                                                  Chapter 13

Karim V. Holden-Lampson

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 26, 2021 | Form ID: plncf13 | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kerri-Lynn Lampson, 8 Catherine Ct, Sicklerville, NJ 08081-3806 |
| jdb | + | Karim V. Holden-Lampson, 207 Patriots Court, Galloway, NJ 08205-3621 |
| 518019236 | | Altantic Credit & Finance, PO Box 2001, Warren, MI 48090-2001 |
| 518144037 | + | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518019241 | + | Hayt, Hayt & Landauo, LLC, 2 Industrial Way W, Eatontown, NJ 07724-2279 |
| 518019242 | | Home Depot/Citibank - Attn: Bankruptcy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 518019244 | | John D. Krohn, Esquire, 9000 Midlantic Dr Ste 300, Mount Laurel, NJ 08054-1539 |
| 518019245 | + | Lakeview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, Coral Gables, FL 33146-1873 |
| 518190704 | + | Lakeview Loan Servicing, LLC, c/o Attn: Payment Processing, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 518019251 | | Peoples Transport Federal Credit Union, 136 W Kings Hwy, Mount Ephraim, NJ 08059-1343 |
| 518019252 | | Pressler, Felt & Warshaw, LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 518019253 | | Radius Global Solutions LLC, PO Box 390846, Minneapolis, MN 55439-0846 |
| 518019256 | | Super Court of New Jersey Atlantic Count, 1201 Bacharach Blvd, Atlantic City, NJ 08401-4510 |
| 518019258 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 518048776 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518019259 | | USAA Federal Savings Bank, 10750 McDermott Fwy, San Antonio, TX 78288-0002 |
| 518125032 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518019260 | | Wells Fargo Bank, N.A., PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 26 2021 20:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 26 2021 20:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518167258 | | Email/Text: bnc@atlasacq.com | Aug 26 2021 20:28:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Suite 442, Teaneck, NJ 07666 |
| 518196467 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 26 2021 20:36:58 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518019237 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 26 2021 20:36:57 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518019238 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 26 2021 20:37:10 | Capital One Bank (USA) N.A., 4851 Cox Rd, Glen Allen, VA 23060-6293 |
| 518067299 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |

District/off: 0312-1            User: admin            Page 2 of 3

Date Rcvd: Aug 26, 2021            Form ID: plncf13            Total Noticed: 39

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 26 2021 20:37:07 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518019240 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 26 2021 20:37:05 | Credit One Bank, 585 Pilot Rd, Las Vegas, NV 89119-3619 |
| 518019248 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 26 2021 20:37:15 | Macy's Bankruptcy Processing, PO Box 8053, Mason, OH 45040-8053 |
| 518195733 | | Email/Text: bnc-quantum@quantum3group.com | Aug 26 2021 20:28:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518019243 | | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Aug 26 2021 20:28:00 | JH Portfolio Debt Equities, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 518019239 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 26 2021 20:37:09 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 518196142 | | Email/Text: camanagement@mtb.com | Aug 26 2021 20:28:00 | M & T Bank, P.O. Box 840, Buffalo NY 14240 |
| 518019246 | | Email/Text: camanagement@mtb.com | Aug 26 2021 20:28:00 | M&T Bank, 1 Fountain Plz, Buffalo, NY 14203-1420 |
| 518019247 | | Email/Text: camanagement@mtb.com | Aug 26 2021 20:28:00 | M&T Bank, PO Box 1288, Buffalo, NY 14240-1288 |
| 518141962 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 26 2021 20:28:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518019250 | | Email/Text: bankruptcydpt@mcmcg.com | Aug 26 2021 20:28:00 | Midland Funding, LLC, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 518019249 | | Email/Text: bankruptcydpt@mcmcg.com | Aug 26 2021 20:28:00 | Midland Funding, LLC, PO Box 2001, Warren, MI 48090-2001 |
| 518019254 | | Email/Text: bkrpt@retrievalmasters.com | Aug 26 2021 20:28:00 | Retrieval Masters Creditors Bureau, Inc., 4 Westchester Plz Ste 110, Elmsford, NY 10523-1615 |
| 518019255 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 26 2021 20:37:14 | Sears Credit Cards, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 518019257 | | Email/PDF: gecsedi@recoverycorp.com | Aug 26 2021 20:37:10 | Synchrony Bank - Attn: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518344803 | ##+ | Rebecca A. Solarz, Esquire, KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 28, 2021            Signature:      /s/Joseph Speetjens

District/off: 0312-1                     User: admin                           Page 3 of 3
Date Rcvd: Aug 26, 2021                  Form ID: plncf13                      Total Noticed: 39

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Anthony Arechavala | on behalf of Joint Debtor Karim V. Holden-Lampson legaloptions@comcast.net  legaloptions@comcast.net |
| Anthony Arechavala | on behalf of Debtor Kerri-Lynn Lampson legaloptions@comcast.net  legaloptions@comcast.net |
| Brian E Caine | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Phillip Andrew Raymond | on behalf of Creditor LakeView Loan Servicing  LLC phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9