UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PARKER McCAY P.A.
BRIAN E. CAINE, ESQ.
9000 Midlantic Drive; Suite 300
P.O. Box 5054
Mt. Laurel, New Jersey 08054
(856) 985-4059
Attorney for Lakeview Loan Servicing, LLC, its successors and/or assigns

In Re:

Kerri-Lynn Lampson
Karim V. Holden-Lampson

Case No. 19-12724-ABA
Chapter 13

Judge: Andrew B. Altenburg Jr.

## CERTIFICATION OF SERVICE

1.     I, Lynne Charlino:

   ☐ represent the _____ in the above-captioned matter.

   ☒ I am the secretary/paralegal for Brian E. Caine of Parker McCay P.A. who represents Lakeview Loan Servicing, LLC in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2.     On December 2, 2022, I sent a copy of the Certification of Default, Proposed Order Vacating Automatic Stay, and Certification of Service to the parties listed in the chart below:

3.     I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: December 2, 2022          /s/ Lynne Charlino
                                                               Lynne Charlino

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Anthony Arechavala<br>Law Offices of Anthony Arechavala<br>1015 Chestnut Street, Suite 400<br>Philadelphia, PA 19107 | Debtors' Attorney | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Kerri-Lynn Lampson<br>8 Catherine Ct<br>Sicklerville, NJ 08081-3806<br><br>Karim V. Holden-Lampson<br>207 Patriots Court<br>Galloway, NJ 08205 | Debtors | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |