Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–12724–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kerri–Lynn Lampson
8 Catherine Ct
Sicklerville, NJ 08081–3806

Karim V. Holden–Lampson
207 Patriots Court
Galloway, NJ 08205

Social Security No.:
xxx–xx–0351

xxx–xx–4039

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:           January 3, 2023
Time:           10:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*100* – Certification in Opposition to Certification of Default (related document:98 Creditor's Certification of Default (related document:29 Motion for Relief from Stay re: 8 Catherine Court, Sicklerville, New Jersey 08081. Fee Amount $ 181. filed by Creditor LAKEVIEW LOAN SERVICING, LLC, 34 Order on Motion For Relief From Stay) filed by Brian E Caine on behalf of LAKEVIEW LOAN SERVICING, LLC. Objection deadline is 12/16/2022. (Attachments: # 1 Exhibit (filed order) # 2 Proposed Order # 3 Certificate of Service) filed by Creditor LAKEVIEW LOAN SERVICING, LLC) filed by Anthony Arechavala on behalf of Kerri–Lynn Lampson. (Attachments: # 1 Proof of Mortgage Pymt # 2 Cert of Service) (Arechavala, Anthony)

and transact such other business as may properly come before the meeting.


Dated: December 9, 2022
JAN: lgr

Jeanne Naughton
Clerk