Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19−12724−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kerri−Lynn Lampson
8 Catherine Ct
Sicklerville, NJ 08081−3806

Karim V. Holden−Lampson
207 Patriots Court
Galloway, NJ 08205

Social Security No.:
xxx−xx−0351

xxx−xx−4039

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:           January 3, 2023
Time:           10:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*100* − Certification in Opposition to Certification of Default (related document:98 Creditor's Certification of Default (related document:29 Motion for Relief from Stay re: 8 Catherine Court, Sicklerville, New Jersey 08081. Fee Amount $ 181. filed by Creditor LAKEVIEW LOAN SERVICING, LLC, 34 Order on Motion For Relief From Stay) filed by Brian E Caine on behalf of LAKEVIEW LOAN SERVICING, LLC. Objection deadline is 12/16/2022. (Attachments: # 1 Exhibit (filed order) # 2 Proposed Order # 3 Certificate of Service) filed by Creditor LAKEVIEW LOAN SERVICING, LLC) filed by Anthony Arechavala on behalf of Kerri−Lynn Lampson. (Attachments: # 1 Proof of Mortgage Pymt # 2 Cert of Service) (Arechavala, Anthony)

and transact such other business as may properly come before the meeting.

Dated: December 9, 2022
JAN: lgr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:    Case No. 19-12724-ABA
Kerri-Lynn Lampson    Chapter 13
Karim V. Holden-Lampson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2
Date Rcvd: Dec 09, 2022    Form ID: 173    Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kerri-Lynn Lampson, 8 Catherine Ct, Sicklerville, NJ 08081-3806 |
| jdb | + | Karim V. Holden-Lampson, 207 Patriots Court, Galloway, NJ 08205-3621 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2022 at the address(es) listed below:

**Name**    **Email Address**
Anthony Arechavala
    on behalf of Joint Debtor Karim V. Holden-Lampson legaloptions@comcast.net  legaloptions@comcast.net

Anthony Arechavala
    on behalf of Debtor Kerri-Lynn Lampson legaloptions@comcast.net  legaloptions@comcast.net

Brian E Caine
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Denise E. Carlon
    on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 09, 2022 | Form ID: 173 | Total Noticed: 2 |

Isabel C. Balboa
          on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Phillip Andrew Raymond
          on behalf of Creditor LakeView Loan Servicing  LLC phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

U.S. Trustee
          USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8