UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PARKER McCAY P.A.
BRIAN E. CAINE, ESQ.
9000 Midlantic Drive; Suite 300
Mt. Laurel, New Jersey 08054
(856) 985-4059
Attorney for Lakeview Loan Servicing, LLC, its successors and/or assigns

In Re:
Kerri-Lynn Lampson
Karim V. Holden-Lampson

Case No.: 19-12724-ABA
Chapter: 13
Hearing Date: January 3, 2023
Judge: Andrew B. Altenburg Jr.

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter: Docket #98 - Creditor's Certification of Default filed on behalf of Lakeview Loan Servicing, LLC

Debtors have brought the post-petition arrears current. Kindly withdraw the Creditor's Certification of Default.

Date: 12/21/2022                          /s/ Brian E. Caine
                                          Signature

*rev.8/1/15*