Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−12724−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kerri−Lynn Lampson
8 Catherine Ct
Sicklerville, NJ 08081−3806

Karim V. Holden−Lampson
207 Patriots Court
Galloway, NJ 08205

Social Security No.:
xxx−xx−0351

xxx−xx−4039

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

You are hereby notified that the above−named case will be closed without entry of discharge on or after May 3, 2024 for the reason(s) indicated below.

☐ Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐ Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☑ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: April 3, 2024
JAN: lgr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:    Case No. 19-12724-ABA
Kerri-Lynn Lampson    Chapter 13
Karim V. Holden-Lampson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2
Date Rcvd: Apr 03, 2024    Form ID: clsnodsc    Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kerri-Lynn Lampson, 8 Catherine Ct, Sicklerville, NJ 08081-3806 |
| jdb | + | Karim V. Holden-Lampson, 207 Patriots Court, Galloway, NJ 08205-3621 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 03 2024 20:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 03 2024 20:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2024 at the address(es) listed below:**

**Name**    **Email Address**
Andrew B Finberg
    on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com

Andrew B Finberg

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 03, 2024 | Form ID: clsnodsc | Total Noticed: 4 |

ecfmail@standingtrustee.com

Anthony Arechavala
on behalf of Joint Debtor Karim V. Holden-Lampson legaloptions@comcast.net
legaloptions@comcast.net;arechavala.aliciab125293@notify.bestcase.com

Anthony Arechavala
on behalf of Debtor Kerri-Lynn Lampson legaloptions@comcast.net
legaloptions@comcast.net;arechavala.aliciab125293@notify.bestcase.com

Brian E Caine
on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Brian E Caine
on behalf of Creditor LakeView Loan Servicing LLC bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Denise E. Carlon
on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Isabel C. Balboa
on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Phillip Andrew Raymond
on behalf of Creditor LakeView Loan Servicing LLC phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10