Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−12724−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kerri−Lynn Lampson
8 Catherine Ct
Sicklerville, NJ 08081−3806

Karim V. Holden−Lampson
207 Patriots Court
Galloway, NJ 08205

Social Security No.:
   xxx−xx−0351                                    xxx−xx−4039

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: April 30, 2024

Andrew B. Altenburg Jr.
Judge, United States Bankruptcy Court