| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Kerri-Lynn Lampson<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx-xx-0351<br>EIN   __-_____ |
| Debtor 2<br>(Spouse, if filing) | Karim V. Holden-Lampson<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx-xx-4039<br>EIN   __-_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   19-12724-ABA | | |

# Order of Discharge                                                                  12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Kerri-Lynn Lampson                                  Karim V. Holden-Lampson

    <u>4/30/24</u>                                              **By the court:** <u>Andrew B. Altenburg Jr.</u>
                                                                                   United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)(C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-12724-ABA |
| Kerri-Lynn Lampson | Chapter 13 |
| Karim V. Holden-Lampson | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 30, 2024 | Form ID: 3180W | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kerri-Lynn Lampson, 8 Catherine Ct, Sicklerville, NJ 08081-3806 |
| jdb | + | Karim V. Holden-Lampson, 207 Patriots Court, Galloway, NJ 08205-3621 |
| 518019236 | | Altantic Credit & Finance, PO Box 2001, Warren, MI 48090-2001 |
| 518019241 | + | Hayt, Hayt & Landauo, LLC, 2 Industrial Way W, Eatontown, NJ 07724-2279 |
| 518019242 | | Home Depot/Citibank - Attn: Bankruptcy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 518019244 | | John D. Krohn, Esquire, 9000 Midlantic Dr Ste 300, Mount Laurel, NJ 08054-1539 |
| 518190704 | + | Lakeview Loan Servicing, LLC, c/o Attn: Payment Processing, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 518019251 | | Peoples Transport Federal Credit Union, 136 W Kings Hwy, Mount Ephraim, NJ 08059-1343 |
| 518019254 | | Retrieval Masters Creditors Bureau, Inc., 4 Westchester Plz Ste 110, Elmsford, NY 10523-1615 |
| 518019256 | | Super Court of New Jersey Atlantic Count, 1201 Bacharach Blvd, Atlantic City, NJ 08401-4510 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 30 2024 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 30 2024 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518167258 | | EDI: ATLASACQU | May 01 2024 00:28:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Suite 442, Teaneck, NJ 07666 |
| 518196467 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 30 2024 20:50:35 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518019237 | | EDI: CAPITALONE.COM | May 01 2024 00:28:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518019238 | | EDI: CAPITALONE.COM | May 01 2024 00:28:00 | Capital One Bank (USA) N.A., 4851 Cox Rd, Glen Allen, VA 23060-6293 |
| 518067299 | + | EDI: AIS.COM | May 01 2024 00:28:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518144037 | + | Email/Text: RASEBN@raslg.com | Apr 30 2024 20:45:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518019240 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 30 2024 20:50:28 | Credit One Bank, 585 Pilot Rd, Las Vegas, NV 89119-3619 |
| 518019248 | | EDI: CITICORP | May 01 2024 00:28:00 | Macy's Bankruptcy Processing, PO Box 8053, Mason, OH 45040-8053 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 518195733 | | EDI: Q3G.COM | May 01 2024 00:28:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518019243 | | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Apr 30 2024 20:47:00 | JH Portfolio Debt Equities, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 518019239 | | EDI: JPMORGANCHASE | May 01 2024 00:28:00 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 518019245 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 30 2024 20:46:00 | Lakeview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, Coral Gables, FL 33146-1839 |
| 518196142 | | Email/Text: camanagement@mtb.com | Apr 30 2024 20:46:00 | M & T Bank, P.O. Box 840, Buffalo NY 14240 |
| 518019246 | | Email/Text: camanagement@mtb.com | Apr 30 2024 20:46:00 | M&T Bank, 1 Fountain Plz, Buffalo, NY 14203-1420 |
| 518019247 | | Email/Text: camanagement@mtb.com | Apr 30 2024 20:46:00 | M&T Bank, PO Box 1288, Buffalo, NY 14240-1288 |
| 518141962 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 30 2024 20:47:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518019250 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 30 2024 20:47:00 | Midland Funding, LLC, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 518019249 | | Email/Text: bankruptcydpt@mcmcg.com | Apr 30 2024 20:47:00 | Midland Funding, LLC, PO Box 2001, Warren, MI 48090-2001 |
| 518019252 | | Email/Text: signed.order@pfwattorneys.com | Apr 30 2024 20:45:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 518019253 | | Email/Text: ngisupport@radiusgs.com | Apr 30 2024 20:46:00 | Radius Global Solutions LLC, PO Box 390846, Minneapolis, MN 55439-0846 |
| 518019255 | | EDI: CITICORP | May 01 2024 00:28:00 | Sears Credit Cards, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 518019257 | | EDI: SYNC | May 01 2024 00:28:00 | Synchrony Bank - Attn: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 518019258 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 30 2024 20:46:00 | Toyota Financial Services, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 518048776 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 30 2024 20:46:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519309265 | | Email/PDF: bncnotices@becket-lee.com | Apr 30 2024 20:50:00 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518019259 | | EDI: USAA.COM | May 01 2024 00:28:00 | USAA Federal Savings Bank, 10750 McDermott Fwy, San Antonio, TX 78288-0002 |
| 518019260 | | EDI: WFFC2 | May 01 2024 00:28:00 | Wells Fargo Bank, N.A., PO Box 10335, Des Moines, IA 50306-0335 |
| 518125032 | | EDI: WFFC2 | May 01 2024 00:28:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518344803 | ##+ | Rebecca A. Solarz, Esquire, KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2024                Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com |
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Anthony Arechavala | on behalf of Joint Debtor Karim V. Holden-Lampson legaloptions@comcast.net legaloptions@comcast.net;arechavala.aliciab125293@notify.bestcase.com |
| Anthony Arechavala | on behalf of Debtor Kerri-Lynn Lampson legaloptions@comcast.net legaloptions@comcast.net;arechavala.aliciab125293@notify.bestcase.com |
| Brian E Caine | on behalf of Creditor LakeView Loan Servicing LLC bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Brian E Caine | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Phillip Andrew Raymond | on behalf of Creditor LakeView Loan Servicing LLC phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10